■ Naomi Torres v. James Bratcher, Jr.—

Concur — Stevens, P. J., Eager, Capozzoli and McGivern, JJ.

(May 27, 1971)

■ Mayflower Restaurant Enterprises, Inc., et al., Respondents, v. Gulf American Corporation of Arizona, Appellant.— Order,

Concur — Nunez, J. P., Kupferman, McNally, Tilzer and Macken, JJ.